

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

September 18, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Villatoro v. Decker*, No. 20-cv-2640 (JMF)

Dear Judge Furman:

This Office represents Respondents in the above-captioned matter. With consent of Petitioner, through his counsel, I write respectfully to request a brief adjournment of the conference that the Court scheduled for September 22, 2020, at 2:45 p.m.  *See* ECF No. 21.  I make this request because I have a previously scheduled Court conference, at 2:00 p.m. on September 22, 2020 in another matter.  I have conferred with Petitioner's counsel, and the parties are available on the following dates: September 23, September 24 (in the morning), and September 25.

I thank the Court for its consideration of this request.

Application GRANTED.  The conference currently scheduled for September 22, 2020, is hereby RESCHEUDLED to **September 23, 2020, at 10:15 a.m.**  The Clerk of Court is directed to terminate ECF No. 22. SO ORDERED.

*[signature]*

September 18, 2020

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   /s/  *Danielle J. Levine*
DANIELLE J. LEVINE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.:   (212) 637-2689
danielle.levine@usdoj.gov

cc:   Counsel of Record