

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

October 19, 2020

**The application is GRANTED.  The Clerk of Court is directed to terminate ECF No. 24.  SO ORDERED.**

October 19, 2020

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Villatoro v. Decker*, No. 20-cv-2640 (JMF)

Dear Judge Furman:

This Office represents Respondents in the above-captioned matter. With consent of Petitioner, through his counsel, I write respectfully to request a two-week extension of the deadline for Respondents to file their anticipated motion to dismiss, which currently is October 23, 2020. The requested extended briefing schedule is as follows:

- Respondents' opening brief:      November 6, 2020 (currently October 23)
- Petitioner's opposition brief:      November 20, 2020 (currently November 6)
- Respondents' reply brief:         December 4, 2020 (currently November 13)

This is Respondents' first request for an extension of the briefing deadline. The extension is requested in light of the parties' ongoing efforts to agree on a stipulation and proposed order of dismissal, which the parties are actively discussing. Accordingly, we respectfully request the two-week extension to permit these discussions to continue and as a means to conserve the resources of the parties and, potentially, the Court, should a consensual resolution be reached.

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:    */s/  Danielle J. Levine*
DANIELLE J. LEVINE
Assistant United States Attorney
Tel.:    (212) 637-2689
danielle.levine@usdoj.gov

cc:    Counsel of Record